To the honorable judge, my name is Alexander Fan. I was born and raised by two immigrant parents who wanted to give a good life not only to them but to their children by moving to America. I have always loved this country that has given me many opportunities not given to others around the world even if they work hard. I truly appreciate what America stands for and for that I am sorry to disgrace my country on a worldwide stage. My father is a Chinese refugee that had to escape his own country because of the limited opportunities presented to him under Mao's reign. I will not engage in these types of political events again as I now know that I can be sent to jail for not being aware of my surroundings even for a second. Please accept my plea as I will be willing to accept any punishment you deem is necessary for us to move away from this.

Thank you for your consideration,

Alexander Fan

To the honorable judge, my name is Kin Kok Fan and I am a refugee who has escaped communist rule under Mao. I have lived in Hong Kong for some time but decided to move to America to start my family because I believe America is a shining country with many opportunities for my children.

I have raised my son Alexander Fan to be a good kid. To always love this country and always do the right thing and be a hard worker. Since he was 12 years old, he started working for his brother's coffee shop to help the family. I have never seen anybody work like him working three jobs, and 7 days a week. He would also volunteer to help the community. For example, he would volunteer at the hospital during the summer. There was flooding in the area during Harvey by moving the branches from the street, and try to clean the sewers to let the rain flow away from the streets. He has always tried to help those in need by helping strangers change their tires or helping a car stuck at the side of the road jumpstart their car. He is kind hearted and always stands for what he thinks is right. Like he told me when he got back home from his trip from DC, he felt like a hero because he was helping clean glass and he felt that the police who escorted him  thought he did a good thing as well, not only by cleaning the glass but stopping a person from stealing a computer monitor from the office. I wholeheartedly believe that my son is a good boy and will not do something like this again even if he does he will think it over first.

Kin Kok Fan

November 4, 2023

Eric Hsu
2390 W Alabama St,
Houston, TX 77098

Dear Judge Mehta,

I have employed Alexander Fan for 6 months now, while he has worked as a server at Aka, I have been impressed with his selflessness by helping his peers. I believe that he is not only a professional at heart but also a kind and considerate individual.

He shows that he cares about the company not only by being the first one to show up but also by being a great worker but also being one of the best workers in the room.

Alexander possesses impeccable communication skills which show that he is not only a great follower but a great leader to this community. He is well mannered, able to analyze the situation and able to deliver great results for not only the customer but for us to be able to grow as a business as well.

I understand the trouble that he may have caused, but by keeping him employed here at Aka even throughout the unfortunate circumstance, I want to show my belief in him and his character.

Thank you,
Eric Hsu
Cell:832-829-1399
Bussiness: 713-807-7875
General Manager Aka Sushi House

To Judge Mehta, my name is Tidus Nguyen. I have worked with Alex for almost a year now. I worked with him at two different restaurants, and he has always been one of the hardest workers in the room, and is always very helpful by helping others with their side jobs. I wholeheartedly believe that Alex is a good person and that has very good character and does not deserve to be in jail. For the time that I've known him, I don't believe he would ever do anything out of bad intentions.

If you need anything else further then please contact me at any time. Thank you!

Tidus Nguyen,
713-449–7335

